UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PEREZ, | ) Civil No. 05CV1790-BEN (AJB) |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) ORDER CONTINUING |
| | ) MANDATORY SETTLEMENT |
| UNITED STATES OF AMERICA, | ) CONFERENCE AND CERTAIN |
| | ) <u>DEADLINES</u> |
| Defendant. | ) |

Upon joint motion by the parties to continue the mandatory settlement conference from January 8, 2007 to February 12, 2007, or as soon thereafter as is convenient for the court, and to continue the discovery cut-off date from December 29, 2006 to February 5, 2007, it appearing that good cause exists for such request, it is ordered that the joint motion is GRANTED.

///

///

///

///

///

1 | Discovery shall be completed on or before February 5, 2007 and the mandatory
2 | settlement conference is re-scheduled for February 12, 2007 at 10:30 a.m.  Plaintiff's
3 | brief is now due to submitted and served on or before January 29, 2007.  Defendant's
4 | brief is now due on or before February 5, 2007.
5 |     IT IS SO ORDERED.

7 | DATED:  December 4, 2006

                                                                               */s/ Anthony J. Battaglia*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court