Cal kmw

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PEREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | CASE NO.  05CV1790-BEN (AJB)<br><br>**ORDER ON JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE DATE** |

　　　　Upon the joint application of counsel, and for good cause being shown, the Mandatory Settlement Conference currently scheduled before Judge Battaglia on February 12, 2007, is hereby continued to **March 16, 2007, at 1:30 p.m.** Plaintiff's brief shall be lodged and served on opposing counsel no later than *March 2, 2007*.  Defendant's brief shall be lodged and served on opposing counsel no later than *March 9, 2007*.

　　　　IT IS SO ORDERED.

DATED: January 29, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

```
 1                                                              Cal  kmw
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```