# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO.  05CV1790-BEN (AJB)<br><br>**ORDER ON JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE DATE** |

Upon the joint application of counsel, and for good cause being shown, the Mandatory Settlement Conference currently scheduled before Judge Battaglia on August 13, 2007, is hereby continued to **September 13, 2007, at 10:00 a.m.**  Plaintiff's brief shall be lodged no later than *August 31, 2007*.  Defendant's brief shall be lodged no later than *September 6, 2007.*

IT IS SO ORDERED.

DATED: July 18, 2007

                                        Hon. Anthony J. Battaglia
                                        U.S. Magistrate Judge
                                        United States District Court

Case No. 05CV1790-BEN (AJB)
**ORDER ON JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE DATE**