Cal kmw

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PEREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | CASE NO.  05CV1790-BEN (AJB)<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE DATE** |

　　　For good cause being shown, the Mandatory Settlement Conference currently scheduled before Judge Battaglia on February 22, 2008, is hereby continued to **March 12, 2008, at 1:30 p.m.** Plaintiff's brief shall be lodged and served on opposing counsel no later than **February 27, 2008**.  Defendant's brief shall be lodged and served on opposing counsel no later than **March 5, 2008.**

　　　IT IS SO ORDERED.

DATED: January 29, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

Cal kmw